UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMSTRONG MARINE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PROPSF, LLC, JAMES JABER, individually, *in personam*, and M/V TRANSISTOR, her engines, tackle, appurtenances, boats, etc. *in rem*, and Does 1-10, inclusive, <br><br> Defendants. | Case No. 3:17-cv-03898-VC <br><br> **IN ADMIRALTY** <br><br> **[~~PROPOSED~~] ORDER GRANTING STIPULATION REQUESTING AN ORDER EXTENDING THE HEARING DATE AND EXTENDING THE TIME TO FILE RESPONSIVE BRIEFS TO THE MOTION TO DISMISS, TRANSFER OR STAY ACTION, AND TO DISCHARGE WRONGFUL ARREST OF M/V TRANSISTOR** |

GOOD CAUSE APPEARING:

The Parties, Plaintiff ARMSTRONG MARINE, INC. ("Armstrong") and Defendants PROPSF, LLC, JAMES JABER and the M/V TRANSISTOR (collectively "Defendants"), Stipulation Requesting an Order Extending the Hearing Date and Extending the Time to File Responsive Briefs to the Motion to Dismiss, Transfer or Stay Action, and To Discharge Wrongful Arrest of the M/V TRANSISTOR is hereby granted. The hearing date for the Motion to Dismiss, Transfer or Stay Action, and To Discharge Wrongful Arrest of the M/V TRANSISTOR is extended

1

form from October, 26, 2017 until November 9, 2017, as well as the due date for Plaintiff Armstrong's Opposition from October 5, 2017 until October 19, 2017 and Defendants' Reply from October 12, 2017 until October 26, 2017. Defendant M/V TRANSISTOR is not required, under Rule C(6)(iv) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, to file an answer to Armstrong's *in rem* complaint until after the Court rules on the pending motion to dismiss, if an answer is required.

IT IS SO ORDERED.

DATED: October 3, 2017

_____
UNITED STATES DISTRICT JUDGE