UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US WORKBOATS, INC., <br>   Plaintiff, <br>  v. <br> PROPSF, LLC, et al., <br>   Defendants. | Case No. 17-cv-03898-VC |
| PROPSF, LLC, <br>   Plaintiff, <br>  v. <br> ARMSTRONG MARINE, INC., et al., <br>   Defendants. | Case No. 17-cv-06608-VC <br><br> **ORDER TO SHOW CAUSE** |

  On August 23, 2018, the Court ordered the parties to complete another mediation session by October 5, 2018. On September 18, 2018, the parties informed the Court that they have not even scheduled this mediation. Accordingly, both sides are ordered to show cause why they should not be sanctioned pursuant to the Court's inherent authority for having failed to schedule another mediation session. Their written responses to the order to show cause are due Friday, September 21, 2018.

  **IT IS SO ORDERED.**

Dated: September 18, 2018

VINCE CHHABRIA
United States District Judge